No. 76–351. BOTELER, DIRECTOR, MISSISSIPPI STATE HIGH-WAY DEPARTMENT v. NATIONAL WILDLIFE FEDERATION ET AL. C. A. 5th Cir. Certiorari denied.

No. 76–354. VASQUEZ v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 76–363. AMSHU ASSOCIATES, INC. v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 76–380. GINO ET UX. v. COMMISSIONER OF INTERNAL REVENUE. C. A. 9th Cir. Certiorari denied.

No. 76–382. CARBORUNDUM Co. v. UNITED STATES. C. C. P. A. Certiorari denied.

No. 76–400. JONES ET AL. v. PACIFIC INTERMOUNTAIN EX-PRESS ET AL. C. A. 9th Cir. Certiorari denied.

No. 76–403. FENLON v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 76–409. BOARD OF TRUSTEES OF BLOOMSBURG STATE COLLEGE ET AL. v. SKEHAN. C. A. 3d Cir. Certiorari denied.

No. 76–417. KIELWEIN v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 76–424. SAIA ELECTRIC, INC. v. COMMISSIONER OF INTERNAL REVENUE. C. A. 5th Cir. Certiorari denied.

No. 76–425. SAIA ET UX. v. COMMISSIONER OF INTERNAL REVENUE. C. A. 5th Cir. Certiorari denied.